# Schedule 1

3rd Floor, Tamagawa Building, 1-20,
Yotsuya, Shinjuku-ku
Tokyo, Japan 160-0004
TOKYO FLEX LAW OFFICE
Nakajima Hiroyuki, Attorney-at-Law
TEL ＋８１－３―３３５３―３５２１
MAIL abuse.flex.law.group@gmail.com
Attorney for Shogakukan Inc.

August 5, 2024

**<u>Via Email</u>**
X Corp.
Attn: Copyright Agent
1355 Market Street, Suite 900
San Francisco, CA 94103
Email: copyright@x.com

   **RE:** **<u>NOTIFICATION OF COPYRIGHT INFRINGEMENT</u>**
      **(Pursuant to 17 U.S.C. § 512)**

To whom it may concern:

 I represent Shogakukan Inc., a Japanese corporation (hereinafter called "Shogakukan"), the copyright holder identified under the column entitled "Original Work" in Exhibit A attached to this notice ("Exhibit A").

 It has recently come to Shogakukan's attention that certain users of your services have stolen visuals from Shogakukan's unreleased film and posts them before they are officially released.
More specifically identified under the column entitled "Infringing Account" in Exhibit A (referred to as the "Infringing Account"), corresponding to each of the Original Work identified in Exhibit A.

 Shogakukan has a good faith belief that the Infringing Work is not authorized by the copyright owner, its agent, or the law.

 We demand that you immediately disable access to the Infringing Work and cease any use, reproduction, and distribution of the Original Work. Specifically, we request that you remove or disable the Infringing Account from your system or services.

 We also request a written assurance that you have fully complied with our request.

    I declare that the information in this notice is accurate, and under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive right of the Original Work that is infringed.

    Your immediate response will be appreciated.

    Very truly yours,

    Hiroyuki Nakajima
    Attorney at Law

*[signature: Hiroyuki Nakajima]*

Extibit A

| | Title of Original Work | Original Work | Infringing Work | Infringing Account |
|---|---|---|---|---|
| 1 | Detective Conan | https://x.com/conan_movie/status/1699195707083956616 | https://x.com/WeET_COLLECTION/status/1697625144053932428 | https://x.com/i/user/1347398875494051840 |
| 2 | Detective Conan | https://x.com/conan_movie/status/1620587740453650432 | https://x.com/WeET_COLLECTION/status/1618992436633829376 | https://x.com/i/user/1347398875494051840 |
| 3 | Detective Conan | https://x.com/conan_movie/status/1620587740453650432 | https://x.com/WeET_COLLECTION/status/1618991948731416578 | https://x.com/i/user/1347398875494051840 |

# EXHIBIT A